OPINIONS OF THE SUPREME COURT OF OHIO
      The full texts of the opinions of the Supreme Court of
Ohio are being transmitted electronically beginning May 27,
1992, pursuant to a pilot project implemented by Chief Justice
Thomas J. Moyer.
      Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Deborah J. Barrett, Administrative
Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.
Your comments on this pilot project are also welcome.
      NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised
to check the bound volumes of Ohio St.3d published by West
Publishing Company for the final versions of these opinions.
The advance sheets to Ohio St.3d will also contain the volume
and page numbers where the opinions will be found in the bound
volumes of the Ohio Official Reports.

Zupancic, Cty. Auditor, et al., Appellants, v. Tracy, Tax
Commr., Appellee.
[Cite as Zupancic v. Tracy (1994),     Ohio St.3d    .]
Taxation -- Tax Commissioner's recalculation of ten percent
      property tax rollback reimbursements involves a
      ministerial function and is not a final determination
      appealable under R.C. 5717.02.
      (Nos. 93-632 and 93-633 -- Submitted January 12, 1994 --
Decided February 16, 1994.)
      Appeals from the Board of Tax Appeals, Nos. 91-D-1450 and
91-D-1451.

      Steven C. LaTourette, Lake County Prosecuting Attorney,
and William L. Sheroke, Assistant Prosecuting Attorney, for
appellants.
      Lee I. Fisher, Attorney General and Richard C. Farrin,
Assistant Attorney General, for appellee.

      The decisions of the Board of Tax Appeals are affirmed on
the authority of Makowski v. Limbach (1992), 62 Ohio St.3d 412,
583 N.E.2d 1302.
      Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E.
Sweeney and Pfeifer, JJ., concur.